## <u>ATTACHMENT A</u>

### DESCRIPTION OF ITEMS TO BE SEARCHED

The properties to be searched are a **black OnePlus Nord N300 5G (Model #CPH2389)** cellular phone and a **black Motorola cellular phone with a broken screen** (hereinafter **TARGET DEVICES**).  The **TARGET DEVICES** are currently located at the Delaware County Sheriff's Office Property Room in Delaware, Ohio, located within the Southern District of Ohio. The **TARGET DEVICES** were all previously seized during the execution of an arrest warrant and an electronics search warrant on December 19, 2023, at or near 96 S. Powell Avenue in Columbus, Ohio.

This warrant authorizes the forensic examination of the **TARGET DEVICES** for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

### ITEMS TO BE SEIZED

1.      All records on the **TARGET DEVICES** described in Attachment A that relate to violations of 21 U.S.C. § 846 and 18 U.S.C. § 1956(h) involving Jose LOPEZ-CABRERA and his drug trafficking organization since December 2021, including:

    A.  lists of customers and related identifying information;

    B.  types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

    C.  any information related to sources/customers of drugs (including names, addresses, phone numbers, photographs or any other identifying information);

    D.  any information recording LOPEZ-CABRERA's schedule or travel from December 2021 to the present;

    E.  all bank records, checks, credit card bills, account information, and other financial records;

    F.  all information from social media accounts and related communications pertaining to narcotics trafficking;

    G.  all photos of narcotics and wire transfer receipts of narcotics proceeds; and

    H.  all photos and video recordings of drug trafficking activity in LOPEZ-CABRERA's residence, 96 S. Powell Avenue in Columbus, Ohio, and/or other locations linked to him.

2.      Evidence of user attribution showing who used or owned the **TARGET DEVICES** at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

## AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, **Robert Kukovec**, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations (HSI).  I have been employed as a Special Agent since April 2002, and I am currently assigned to the HSI office in Columbus, Ohio.  I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.  I am currently assigned to a multi-jurisdictional narcotics task force in the central Ohio area, and I am cross designated to investigate violations of Title 21 of the United States Code.  Prior to my employment with HSI (and formerly U.S. Customs), I was employed as a police officer in the state of Ohio for approximately 8.5 years.  My responsibilities and duties include the investigation and enforcement of federal laws and regulations related to customs and immigration violations, including but not limited to narcotics, financial crimes, fraud, and violations of the Immigration and Nationality Act.

2.      The information set forth in this affidavit is based upon my knowledge, training, experience, and participation in investigations involving the smuggling, possession, distribution, and storage of narcotics and narcotics proceeds.  This information is also based on the knowledge, training, experience, and investigations conducted by fellow law enforcement officers, which have been reported to me either directly or indirectly.  I believe this information to be true and reliable.

3.      This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.  Your affiant did not withhold any information or evidence that would negate probable cause.

## IDENTIFICATION OF THE DEVICES TO BE EXAMINED

4.      I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the examination of property — two (2) cellular phones (**TARGET DEVICES**) as more fully described in Attachment A incorporated herein by reference — which are currently in law enforcement possession, and the forensic extraction/examination from that property of electronically stored information more particularly described in Attachment B which is incorporated herein by reference.  The **TARGET DEVICES** were all previously seized during the execution of an arrest warrant and a search warrant for electronic devices on December 19, 2023, at or near 96 S. Powell Avenue in Columbus, Ohio.  The **TARGET DEVICES** are currently located/stored at the Delaware County Sheriff's Office Property Room in Delaware, Ohio.

5.      Based upon the information contained within this affidavit, I have probable cause to believe that inside the **TARGET DEVICES** there is stored electronic communications/data that constitutes evidence of the commission of a criminal offense; contraband, the fruits of crime, and things otherwise criminally possessed; and property designed or intended for use, or which is or has been used as a means of committing a criminal offense.  Specifically, I have probable cause to believe that within the **TARGET DEVICES** there is evidence of violations of 21 U.S.C. § 846, conspiracy to knowingly or intentionally distribute, or possess with intent to distribute, a controlled substance, and 18 U.S.C. § 1956(h), conspiracy to commit money laundering.

## PROBABLE CAUSE

6.      In March 2023, HSI Columbus and the Delaware County Drug Task Force (DCDTF) developed information in reference to **Jose Javier LOPEZ-CABRERA** being involved with a drug trafficking organization (DTO) operating in the central Ohio area distributing bulk fentanyl, methamphetamine, cocaine, heroin, and marijuana to various narcotics dealers throughout the Southern District of Ohio.  LOPEZ-CABRERA received the narcotics from Roman Guadalupe VAZQUEZ-OCHOA in Phoenix, Arizona, who directed LOPEZ-CABRERA on who to provide the narcotics to in the

central Ohio area. LOPEZ-CABRERA would then collect the narcotics proceeds and wire transfer them to Mexico and/or VAZQUEZ-OCHOA at his direction.

7. Investigators previously identified Patricia Ann FLESCH (aka "Panda") as a street level narcotics distributor in the central Ohio area with a history of drug trafficking offenses and numerous previous encounters with law enforcement resulting in the seizures of various narcotics from her. During the investigation of FLESCH, investigators obtained a search warrant through Franklin County Common Pleas Court and discovered her communicating with VAZQUEZ-OCHOA via Facebook Messenger. FLESCH was using her Facebook account with the username "Panda Feh." VAZQUEZ-OCHOA utilized multiple Facebook accounts under various aliases, including "Juan Velazquez" and "Juan Jose Esparra," to communicate with FLESCH. The conversations between FLESCH and VAZQUEZ-OCHOA revolved around narcotics and appeared to indicate that FLESCH was coordinating obtaining "10-15" a week of "water" from VAZQUEZ-OCHOA, and they discussed pricing for both "water" and "devil." Based on your affiant's training and experience, "water" is a known drug term for methamphetamine and "devil" is a known drug term for fentanyl. VAZQUEZ-OCHOA stated that "devil" (fentanyl) was $40,000 per kilogram and "water" was $4,000 per pound. VAZQUEZ-OCHOA then provided FLESCH a photograph of what appeared to be kilograms of fentanyl. FLESCH stated the prices were too high and they continued negotiating back and forth. A portion of the conversations between FLESCH and VAZQUEZ-OCHOA on Facebook Messenger between January 2023 and March 2023 is listed below:

| 1/03/2023 | 2:04:16 PM | VAZQUEZ OCHOA | How many water did u need for a week? |
|---|---|---|---|
| 1/04/2023 | 11:21:06 AM | FLESCH | 10-15 a week |
| 3/11/2023 | 3:52:46 PM | FLESCH | I need devil and water more water then devil |
| 3/11/2023 | 5:02:13 PM | VAZQUEZ OCHOA | *Image Attachment* |
| 3/11/2023 | 7:13:24 PM | FLESCH | Tell me how much money you need from me so that I can with for you |
| 3/11/2023 | 8:28:33 PM | VAZQUEZ OCHOA | Devil 40k for a kilo Water 4k pound |
| 3/11/2023 | 8:29:43 PM | FLESCH | So for one water is $4000?? 448 g of water is 4000? |
| 3/11/2023 | 8:29:51 PM | FLESCH | That's too much |
| 3/11/2023 | 8:30:25 PM | VAZQUEZ OCHOA | How much? |
| 3/11/2023 | 8:30:47 PM | FLESCH | 1200-1500 |



8.     Further deconfliction checks on VAZQUEZ-OCHOA revealed DEA Amarillo, Texas currently had an active narcotics investigation pertaining to VAZQUEZ-OCHOA. DEA Amarillo provided investigators with additional intelligence indicating LOPEZ-CABRERA in Columbus, Ohio was linked to their target, VAZQUEZ-OCHOA. LOPEZ-CABRERA was identified as residing at 96 S. Powell Avenue in Columbus, Ohio. Phone pings from a search warrant obtained through the Franklin County Court of Common Pleas in Columbus, Ohio in reference to FLESCH also indicated that she had previously travelled to the area of 96 S. Powell Avenue.

9.     In May 2023, investigators obtained additional search warrants through the Franklin County Court of Common Pleas in Columbus, Ohio for the Facebook accounts associated with both VAZQUEZ-OCHOA and LOPEZ-CABRERA. Information from both Facebook search warrant returns were then provided to the Ohio Narcotics Intelligence Center (ONIC) in Columbus, Ohio to have a Spanish speaking intelligence analyst review and translate the conversations between VAZQUEZ-OCHOA and LOPEZ-CABRERA. ONIC advised that there were clearly narcotics related conversations between VAZQUEZ-OCHOA and LOPEZ-CABRERA, including narcotics pricing and deliveries to Ohio with photos attached indicating the same. The review by ONIC revealed that VAZQUEZ-OCHOA appeared to be shipping the narcotics to Ohio and LOPEZ-CABRERA was retrieving the narcotics from various mailing addresses. LOPEZ-CABRERA would then break up the narcotics and distribute them to several previously identified known drug offenders in the central Ohio area, including FLESCH, Amanda Sue ROSE (aka Amanda Freeman, aka "Mandi"), and Heather Marie SMITH (aka Heather Terry).

10.     Based on your affiant's training and experience, the Facebook Messenger conversations between VAZQUEZ-OCHOA, ROSE, and SMITH from December 2022 through January 2023, appeared to be discussing narcotics transactions.  Several portions of those conversations are listed below:

A.  ROSE advised she needed "5 water" and "at least one engine" on December 5, 2022. Based on your affiant's training and experience, "water" is a known drug term for methamphetamine and "engine" is a known drug term for heroin/fentanyl. VAZQUEZ-OCHOA then shared with ROSE a screenshot of the tracking information for a UPS package on December 6, 2022, and he advised her that "those are the blues…the black china arrive Saturday Cinttetic nextweek."  Based on your affiant's training and experience, "blues" is a known drug term for counterfeit oxycodone pills (M-30's) typically produced with fentanyl, "black china" is a known drug term for black tar heroin, and "cinttetic" (or synthetic) is a known drug term for fentanyl powder.  VAZQUEZ-OCHOA then asked ROSE for her address on December 8, 2022, and she provided "54 martin Avenue Cols 43222," which was the home address associated to ROSE.

| 12/05/2022 | 9:14:03 PM | ROSE | Ik number are higher. Ut rn to borrow is all I can do. I need all. I need everything and have been taking to friends for past couple weeks so they wait for ne |
|---|---|---|---|
| 12/05/2022 | 9:20:02 PM | VAZQUEZ OCHOA | How many days and I need quantity.. |
| 12/05/2022 | 9:23:01 PM | ROSE | I told him like 2 week. He said he send 2k candy I tell him like 5 water at least n at least one engine. I need to be a good powerful engine . I plan to put in lots of hours bo vacation or sick days. I'm ready |
| 12/06/2023 | 7:10:37 PM | VAZQUEZ OCHOA | The box is at the offices |
| 12/06/2022 | 7:21:04 PM | VAZQUEZ OCHA | *Image Attachment* |
| 12/06/2022 | 7:36:59 PM | VAZQUEZ OCHOA | Thoes are the blues. The black china arrive Saturday Cinttetic nextweek |

| 12/08/2022 | 12:55:03 PM | VAZQUEZ OCHOA | Giv me our adrrees |
|---|---|---|---|
| 12/08/2022 | 12:55:10 PM | ROSE | Have they called |
| 12/08/2022 | 12:55:13 PM | VAZQUEZ OCHOA | They can change |
| 12/08/2022 | 12:55:18 PM | ROSE | 54 martin Ave |
| 12/08/2022 | 12:55:27 PM | ROSE | Cols 43222 |



B.  On December 11, 2022, VAZQUEZ-OCHOA asked SMITH if she could sell "blackchina" (a known drug term for black tar heroin), and SMITH advised, "Yeah I got ppl."  VAZQUEZ-OCHOA advised SMITH that he would send it by "mail every month," and then they discussed paying around $1,000 for approximately an ounce (25 grams).   On January 11, 2023, VAZQUEZ-OCHOA asked SMITH how much "cinttetic" (a known drug term for fentanyl powder) she needed.  SMITH advised, "I got people waiting on what we call cookies and cream," and that she could do a "zip" (ounce, or 24-25 grams) to start.  Based on your affiant's training and experience and the message content, "cookies and cream" appeared to refer to a mixture of heroin and fentanyl.  VAZQUEZ-OCHOA then later stated that he was going to "send a briscks,"

6

and that he will talk with "Mandi" because they would all need to split it three ways

since "Panda" (FLESCH) also needed some.

| 12/11/2022 | 6:50:38 AM | VAZQUEZ OCHOA | I arrive to ohio with some blackchina. Can u work with that? |
|---|---|---|---|
| 12/11/2022 | 9:00:59 AM | SMITH | Yeah I got ppl |
| 12/11/2022 | 9:05:48 AM | SMITH | You're in town ! I haven't seen you in forever ☺ |
| 12/11/2022 | 12:49:32 PM | VAZQUEZ OCHOA | No im not. Im in az |
| 12/11/2022 | 12:49:49 PM | VAZQUEZ OCHOA | I sended by mail every month |
| 12/11/2022 | 12:50:16 PM | VAZQUEZ OCHOA | How much for a peac of 25 grams? |
| 12/11/2022 | 12:51:37 PM | SMITH | I would pay here like $1000 for that since it's bulk |
| 1/11/2023 | 2:20:38 PM | VAZQUEZ OCHOA | How much cinttetic u need for star? |
| 1/11/2023 | 2:20:38 PM | SMITH | I got people waiting on what we call cookies and cream |
| 1/11/2023 | 2:21:20 PM | SMITH | I can do a zip to start. 24 gs ? |
| 1/11/2023 | 2:21:52 PM | SMITH | Am i going to be able to get more immediately when I run out |
| 1/11/2023 | 2:24:13 PM | VAZQUEZ OCHOA | 25g |
| 1/11/2023 | 2:26:18 PM | VAZQUEZ OCHOA | Arl. Im going to send a briscks |
| 1/11/2023 | 2:29:25 PM | SMITH | Ok |
| 1/11/2023 | 2:30:49 PM | VAZQUEZ OCHOA | Let me talk with mandi bc y'all need to Split in 3ways |
| 1/11/2023 | 2:31:07 PM | SMITH | Ok |
| 1/11/2023 | 2:31:08 PM | VAZQUEZ OCHOA | Panda need some |

C. VAZQUEZ-OCHOA and ROSE then discussed the various terminology used to

represent an ounce (25 grams), like "onion," "zipper," and "zio" on December 11,

2022. On December 13, 2022, VAZQUEZ-OCHOA provided ROSE a phone number

(614-382-9737) to call, which was previously identified during the investigation as

belonging to LOPEZ-CABRERA. VAZQUEZ-OCHOA advised ROSE, "call him…telling u are waiting the girls." Based on your affiant's training and experience, "girls" is a known drug term for fentanyl, heroin, and/or cocaine. This confirmed that VAZQUEZ-OCHOA directed ROSE to pick up the narcotics from LOPEZ-CABRERA. VAZQUEZ-OCHOA then advised ROSE to call "Heather" (SMITH) to tell her that she had received the narcotics. VAZQUEZ-OCHOA stated, "she is ready," and provided a screenshot of his communication with SMITH where she indicated she was ready. VAZQUEZ-OCHOA then confirmed with ROSE, "U got 4 ball now….2 for u…an 2 for hir." A "ball" is another known drug term for an ounce. ROSE confirmed that she did receive 100 grams. VAZQUEZ-OCHOA then advised ROSE that next time he was going to send a "half of kilo" (500 grams). Finally, VAZQUEZ-OCHOA asked ROSE to "send me a pic what u u get," and ROSE provided him a picture of a plastic bag containing a black/brown substance that appeared to be consistent with that of heroin sitting on a scale weighing approximately 50.96 grams.

| 12/11/2022 | 6:08:25 PM | VAZQUEZ OCHOA | So u whant a example? Or a piece? |
| --- | --- | --- | --- |
| 12/11/2022 | 6:08:47 PM | VAZQUEZ OCHOA | The piece 25grams |
| 12/11/2022 | 6:09:02 PM | ROSE | Piece bc illits of ppl u know . And that way I don't have to keep bothering u lol |
| 12/11/2022 | 6:09:22 PM | ROSE | Yes so a zipper then? |
| 12/11/2022 | 6:09:40 PM | VAZQUEZ OCHOA | Yea |
| 12/11/2022 | 6:10:09 PM | VAZQUEZ OCHOA | U call zipper to a 25grmas? |
| 12/11/2022 | 6:10:38 PM | ROSE | A zio. Ounce onion. Zipper |
| 12/11/2022 | 6:10:49 PM | ROSE | They cal All kind of things but yes all mean the same |
| 12/13/2022 | 5:27:45 PM | VAZQUEZ OCHOA | 614 382 9737 |
| 12/13/2022 | 5:27:48 PM | VAZQUEZ OCHOA | Call him |

| 12/13/2022 | 5:27:56 PM | ROSE | Iwhat is his name |
|---|---|---|---|
| 12/13/2022 | 5:29:22 PM | VAZQUEZ OCHOA | Enrique |
| 12/13/2022 | 5:29:43 PM | VAZQUEZ OCHOA | Tell him u are my friend of juan |
| 12/13/2022 | 5:30:11 PM | VAZQUEZ OCHOA | Telling u are waitting the girls |
| 12/13/2022 | 5:54:04 PM | VAZQUEZ OCHOA | U got it? |
| 12/13/2022 | 6:03:22 PM | VAZQUEZ OCHOA | ? |
| 12/13/2022 | 6:09:17 PM | ROSE | Yes |
| 12/13/2022 | 6:15:27 PM | VAZQUEZ OCHOA | 614 893 3791 |
| 12/13/2022 | 6:15:53 PM | VAZQUEZ OCHOA | Can u call hir tell u yest got it |
| 12/13/2022 | 6:42:13 PM | ROSE | Call who |
| 12/13/2022 | 6:42:18 PM | ROSE | Heather |
| 12/13/2022 | 6:42:29 PM | VAZQUEZ OCHOA | Yea |
| 12/13/2022 | 6:42:32 PM | ROSE | Yes I am about call u |
| 12/13/2022 | 6:42:33 PM | VAZQUEZ OCHOA | She is ready |
| 12/13/2022 | 6:42:37 PM | ROSE | This kid has. Ess |
| 12/13/2022 | 6:43:09 PM | VAZQUEZ OCHOA | U got 4 ball now |
| 12/13/2022 | 6:43:13 PM | VAZQUEZ OCHOA | 2 for u |
| 12/13/2022 | 6:43:26 PM | VAZQUEZ OCHOA | An 2 for hir |
| 12/13/2022 | 6:43:34 PM | ROSE | Yes 100 g |
| 12/13/2022 | 6:43:43 PM | VAZQUEZ OCHOA | 50 an 50 |
| 12/13/2022 | 6:43:53 PM | VAZQUEZ OCHOA | Next time i send half of kilo |
| 12/13/2022 | 6:44:39 PM | VAZQUEZ OCHOA | *Image Attachment* |
| 12/13/2022 | 6:50:23 PM | VAZQUEZ OCHOA | Send me a pic what u u get |

9

| 12/13/2022 | 7:22:20 PM | ROSE | *Image Attachment* |



D. On February 13, 2023, VAZQUEZ-OCHOA asked SMITH for her address. SMITH provided an address of "3295 Sullivant Ave" in Columbus, Ohio and she also provided her boyfriend's phone number (614-441-1600) as a contact number since she still did not have a phone.

| 2/13/2023 | 5:09:17 PM | VAZQUEZ OCHOA | Sendme the adrres |
| 2/13/2023 | 5:09:39 PM | VAZQUEZ OCHOA | 2 more zip |
| 2/13/2023 | 5:10:11 PM | VAZQUEZ OCHOA | Did u Contac urppl? |
| 2/13/2023 | 5:10:57 PM | SMITH | 3295 sullivant ave |
| 2/13/2023 | 5:11:14 PM | SMITH | Yeah I'll be meeting up with all my ppl tonight |
| 2/13/2023 | 5:14:20 PM | VAZQUEZ OCHOA | Ok kool |
| 2/13/2023 | 5:14:38 PM | VAZQUEZ OCHOA | I let u know |
| 2/13/2023 | 5:14:41 PM | SMITH | Let me know when they're coming |
| 2/13/2023 | 5:14:48 PM | VAZQUEZ OCHOA | I will |
| 2/13/2023 | 5:15:03 PM | VAZQUEZ OCHOA | Have a ph#? |
| 2/13/2023 | 5:15:37 PM | SMITH | 6144411600 that's my dudes phone number. I still dont have a phone |

11.     Between January 9, 2023, and February 3, 2023, VAZQUEZ-OCHOA and LOPEZ-CABRERA had multiple conversations on Facebook Messenger, listed below, indicating their working

relationship distributing narcotics and conducting wire transfers to Mexico of narcotics proceeds. LOPEZ-CABRERA stated during one of the conversations, "It will be my pleasure to serve you." LOPEZ-CABRERA also stated in another conversation, "I already have more clothes in the color you asked for (green)." Based on your affiant's training and experience and the message content, "clothes" (in the color green) is referring to money. There was another message where LOPEZ-CABRERA advised VAZQUEZ-OCHOA, "I'm ready for whatever comes or lands." Based on your affiant's training and experience, this indicated that LOPEZ-CABRERA was ready for whatever narcotics VAZQUEZ-OCHOA would send him. The conversations also included several picture attachments of wire transfer receipts that LOPEZ-CABRERA sent to VAZQUEZ-OCHOA of money that he sent to Mexico.

| 1/09/2023 | 9:19:51 PM | LOPEZ CABRERA | Hola compita buenas tardes o buenas noches Puras malas oiga compré otro telefono perdi el otro aya esa noche con mijo y asta hoy pude instalar face y messages mándeme por favor su número y le llamo por llamada regular para que conserve mi numero y yo el suyo gracias y bueno orita le digo | Hey buddy. Good afternoon or good evening. All bad, listen. I bought another phone, I lost the other one that night with my son, and it wasn't until today that I was able to install Facebook and Messages. Please send me your number, and I will call you so you can save my number and I can save yours, thanks and well, I'll tell you soon. |
|---|---|---|---|---|
| 1/09/2023 | 9:28:03 PM | LOPEZ CABRERA | Ok aquí le va (614)368-4785 ya tengo más ropa del color que me pidió ( verde) | Okay here you go – (614) 368-4785. I already ha e more clothes in the color you asked for (green). |
| 1/09/2023 | 9:29:40 PM | LOPEZ CABRERA | Y recuerde no tengo su número recuerdelo please thank u buena noche | And remember I don't have your number, please remember that, thank you, good night. |
| 1/10/2023 | 1:26:49 PM | VAZQUEZ OCHOA | Le llamo mas tarde | I will call you later. |
| 1/10/2023 | 1:32:23 PM | LOPEZ CABRERA | Ok brother sera. Para mí un placer atenderlo | Okay brother. It will be my pleasure to serve you. |
| 1/11/2023 | 6:05:37 PM | LOPEZ CABRERA | *Image Attachment* | |
| 1/11/2023 | 6:08:10 PM | VAZQUEZ OCHOA | Grasias | Thank you. |
| 1/11/2023 | 6:13:54 PM | LOPEZ CABRERA | Ok cuidese mucho Diocito lo bendiga e ilumine sus días noches y su camino por dónde quiera que UD valla chao | Okay, take care of yourself. May God bless you and illuminate your days, nights, and path wherever you go; bye. |
| 1/11/2023 | 6:39:31 PM | VAZQUEZ OCHOA | Ya qedo listo | It's done. |

| 1/11/2023 | 6:39:32 PM | VAZQUEZ OCHOA | Grasias | Thank you. |
|---|---|---|---|---|
| 1/11/2023 | 6:39:35 PM | VAZQUEZ OCHOA | Igualmente | Likewise. |
| 1/11/2023 | 9:50:03 PM | LOPEZ CABRERA | Buena noche brother Le deceo lo mejor diocito lo bendiga tu cuide de ud | Good night brother. I wish you the best, may God bless you and take care of you. |
| 1/14/2023 | 5:25:05 PM | VAZQUEZ OCHOA | 6683214613 | 668-321-4613 |
| 1/14/2023 | 5:25:18 PM | VAZQUEZ OCHOA | Marcame porf | Call me, please. |
| 1/14/2023 | 5:25:23 PM | VAZQUEZ OCHOA | Buenas tases oiga | Good afternoon. |
| 1/14/2023 | 5:25:37 PM | VAZQUEZ OCHOA | Q tal como esta? | How are you? |
| 1/14/2023 | 5:30:34 PM | LOPEZ CABRERA | Hola brother aquí tristismando esperando que alguuien llame y UD que honda yo Listo para lo que salga o caiga | Hey brother. I'm waiting for someone to call, what's up with you? I'm ready for whatever comes or lands. |
| 1/17/2023 | 2:10:18 PM | VAZQUEZ OCHOA | Q dise como anda | What's up, how's it going? |
| 1/17/2023 | 6:59:25 PM | VAZQUEZ OCHOA | 6683214613 | 668-321-4613 |
| 1/17/2023 | 7:08:03 PM | VAZQUEZ OCHOA | 0016683214613 | 001-668-321-4613 |
| 1/17/2023 | 7:13:43 PM | VAZQUEZ OCHOA | 011526683214613 | 011-52-668-321-4613 |
| 1/17/2023 | 7:14:24 PM | VAZQUEZ OCHOA | Marcame al numero q sea | Call me on any number. |
| 1/20/2023 | 6:20:03 PM | LOPEZ CABRERA | Hola brothergoodmorningtodo bien dios lo bendiga y cuide de udTodo bien vamos averque pasa entre hoy y mañana hoy nosveremos acá con los niños estos averque honda | Hey brother, good morning. All is well; may God bless and take care of you. All is well; let's see what happens between today and tomorrow; today, we ill meet here with the kids to see what's up. |
| 1/20/2023 | 6:22:02 PM | VAZQUEZ OCHOA | Hola compa buen dias 👍🏻 Si oiga hay q echarle ganas Por que ya me estan preguntando mucho . Busque a otras personas para q salga mas rapidon | Hey buddy, good morning 👍🏻. Yes, listen, you have to try hard because they are already asking me a lot of questions. Look for other people so that it goes faster. |
| 1/20/2023 | 6:22:12 PM | VAZQUEZ OCHOA | Que tenga un bonito dia | Have a nice day. |
| 1/20/2023 | 6:22:16 PM | VAZQUEZ OCHOA | Vendiciones | Blessings. |
| 1/21/2023 | 5:32:25 AM | LOPEZ CABRERA | Ok JUANITO y mil disculpas las cosas no salieron como debían pero hoy voy hacer lo más que pueda: buen día: Dios lo bendiga y cuide de UD feliz sabadito! | Okay, Juanito, and a thousand apologies that things did not go as they should have, but today I will do my best. Good day. May God bless you and take care of you. Happy Saturday. |

| 1/22/2023 | 11:44:24 AM | VAZQUEZ OCHOA | ???? | ???? |
|---|---|---|---|---|
| 1/23/2023 | 10:05:03 AM | VAZQUEZ OCHOA | Q hay buen dias | What's up, good day. |
| 1/23/2023 | 5:16:39 PM | LOPEZ CABRERA | *Image Attachment* | |
| 1/23/2023 | 5:21:11 PM | VAZQUEZ OCHOA | Ok grasias | Okay, thank you. |
| 2/03/2023 | 6:08:10 PM | VAZQUEZ OCHOA | Me manda la foto ya q tenga el recibo | Send me a photo once you have the receipt. |
| 2/03/2023 | 6:41:10 PM | LOPEZ CABRERA | *Image Attachment* | |
| 2/03/2023 | 6:48:52 PM | VAZQUEZ OCHOA | Grasias oiga | Thank you. |



12.     On February 12, 2023, VAZQUEZ-OCHOA sent LOPEZ-CABRERA a photograph of a plastic bag containing a white powdered substance via Facebook Messenger.  This message was followed up the next day (February 13, 2023) by several messages providing an address (3295 Sullivant Avenue), phone number (614-441-1600), and a message stating, "Tomorrow after work."  This information matched up with the conversation VAZQUEZ-OCHOA previously had with SMITH listed above in reference to coordinating the purchase of two more "zip" (a known drug term for an ounce).  VAZQUEZ-OCHOA was coordinating with LOPEZ-CABRERA to deliver the two ounces of narcotics to SMITH at her residence the following day.  On February 14, 2023, VAZQUEZ-LOPEZ sent another photograph to

LOPEZ-CABRERA of a plastic bag containing the fragment of a white, compressed powder believed to be narcotics and asked, "Aren't those 25 grams?"

| 2/12/2023 | 9:35:58 AM | VAZQUEZ OCHOA | Q hay | What's up? |
| 2/12/2023 | 7:06:09 PM | LOPEZ CABRERA | *Image Attachment* | |
| 2/13/2023 | 6:10:58 PM | VAZQUEZ OCHOA | 3295 sullivant ave | 3295 Sullivant Avenue. |
| 2/13/2023 | 6:11:24 PM | VAZQUEZ OCHOA | 6144411600 | 614-441-1600 |
| 2/13/2023 | 6:11:37 PM | VAZQUEZ OCHOA | Tomorrow after work | Tomorrow after work. |
| 2/13/2023 | 7:24:06 PM | LOPEZ CABRERA | Ok BUENA NOCHE | Okay, good night. |
| 2/14/2023 | 4:33:57 PM | VAZQUEZ OCHOA | *Image Attachment* | |
| 2/14/2023 | 4:34:06 PM | VAZQUEZ OCHOA | Esas no son d 25gramos? | Aren't those 25 grams? |



13.     On June 19, 2023, DEA Amarillo took enforcement action against VAZQUEZ-OCHOA in Amarillo, Texas as part of their ongoing investigation that resulted in the seizure of approximately 500 grams of cocaine, $9,000 in cash, two vehicles, and a cellular phone belonging to VAZQUEZ-OCHOA. DEA Amarillo detained and then released VAZQUEZ-OCHOA pending future prosecution. DEA Amarillo also conducted a forensic review of VAZQUEZ-OCHOA's cellular phone which resulted in the discovery of multiple pictures and videos of narcotics (see below) and communications about narcotics on his phone. VAZQUEZ-OCHOA even took a "selfie" (picture of himself) with a duffle bag that appeared to contain multiple kilograms of narcotics. The phone also confirmed communications between

VAZQUEZ-OCHOA and LOPEZ-CABRERA on the call log history.  DEA Amarillo was able to eventually establish an undercover operation pertaining to VAZQUEZ-OCHOA and they have been communicating with him in reference to setting up a large drug transaction consisting of the purchase of 50 pounds of methamphetamine.  In November 2023, DEA Amarillo conducted a "money flash" with VAZQUEZ-OCHOA where they displayed cash for the purchase of the narcotics in order to prove they were ready to conduct the transaction.  The deal was scheduled to take place during the week of December 3, 2023, but never occurred.

  

 

14.     Investigators also discovered conversations between LOPEZ-CABRERA and "Edgar" in Columbus, Ohio through Facebook Messenger discussing narcotics transactions.  This "Edgar" appeared to be the only person that LOPEZ-CABRERA communicated with directly in reference to setting up the

sale of narcotics. Everyone else typically would coordinate their purchase with VAZQUEZ-OCHOA, who would then direct LOPEZ-CABRERA to deliver it. On June 17, 2023, "Edgar" requested "200 of the white." "White" is a known drug term for cocaine. On August 3, 2023, "Edgar" requested "100 of the green and another 100 of the white." On August 7, 2023, "Edgar" advised LOPEZ-CABRERA, "I need something that will make my mouth go numb before inhaling it." On August 21, 2023, "Edgar" requested "100 of the grass for the cows." "Green" and "Grass" are both known drug terms for marijuana.

| 6/14/2023 | 2:42:21 AM | Edgar | Antes te compraba pero perdí tu número | I used to buy from you, but I lost your number. |
|---|---|---|---|---|
| 6/17/2023 | 4:05:20 PM | LOPEZ CABRERA | Órale disculpa Edgar creo ya me acordé de ti! Y ahora que deceas! De cuál y cuánto por favor y muchísimas Gracias EDGAR! | Oh yeah, sorry, Edgar. I think I remember you now. What do you need now? Which one and how much? Please and thank you very much, Edgar. |
| 6/17/2023 | 11:06:38 PM | Edgar | Unos 200 de la blanca | About 200 of the white. |
| 6/17/2023 | 11:57:55 PM | Edgar | Puede | Can you? |
| 7/25/2023 | 10:56:09 PM | Edgar | 380 2224113 | 380-222-4113 |
| 7/25/2023 | 10:56:26 PM | Edgar | Es mi cell | It's my cellphone. |
| 8/3/2023 | 1:53:11 AM | Edgar | Voy ir Columbus mañana unos 100 dela verde y otros 100 dela blanca | I'm going to Columbus tomorrow. About 100 of the green and another 100 of the white. |
| 8/5/2023 | 10:59:52 PM | LOPEZ CABRERA | Disculpe amigo los quiere para el jueves | My bad, friend, do you want them for Thursday? |
| 8/7/2023 | 4:28:43 AM | Edgar | Tomate tu tiempo,ocupo algo que cuando la pruebe se me duerma la boca antes de inalarla | Take your time, I need something that will make my mouth go numb before inhaling it. |
| 8/20/2023 | 9:17:53 PM | LOPEZ CABRERA | Hola compa .como y dónde anda | Hey buddy. How and where are you? |
| 8/20/2023 | 9:19:30 PM | LOPEZ CABRERA | Ese día TUBE visita de Arizona y Vi que ausento MENSAGES estamos a la orden | I had guests from Arizona that day and saw missed messages. At your service. |
| 8/21/2023 | 5:06:13 AM | Edgar | Solo unos 100 del Pasto pa las bacas | Just like 100 of the grass for the cows. |

15.     Based on the information discovered through this investigation from Facebook search warrant returns between December 2022 and September 2023, VAZQUEZ-OCHOA's forensic extraction of his cellular phone, and various other investigative means, investigators developed evidence to indicate LOPEZ-CABRERA was involved in narcotics trafficking with several other suspects, to at least include,

VAZQUEZ-OCHOA, FLESCH, ROSE, SMITH, and "Edgar." Based on surveillance operations, pen registers, phone pings, GPS trackers, and other investigative activity, LOPEZ-CABRERA is still currently believed to be involved in narcotics activity. LOPEZ-CABRERA still appeared to be conducting wire transfers to Mexico on a regular basis, as recently as November 22, 2023, when he travelled to Genys Tax and Multiservices, a money remitter located at 3530 Sullivant Avenue in Columbus, Ohio. LOPEZ-CABRERA also still appeared to be in regular communication with VAZQUEZ-OCHOA and other co-conspirators. A GPS tracker on LOPEZ-CABRERA's vehicle based on a search warrant issued through the Franklin County Municipal Court in Columbus, Ohio, as well as physical surveillance as recently as November 29, 2023, indicated that LOPEZ-CABRERA still resided 96 S. Powell Avenue in Columbus, Ohio. On the morning of December 4, 2023, investigators observed LOPEZ-CABRERA exit 96 S. Powell Avenue and depart the area in his GPS monitored vehicle.

16. Furthermore, the Facebook search warrant return on LOPEZ-CABRERA's account revealed he accesses his account utilizing two different cellular phones as listed below, a Nord N300 5G (CPH2389) and a Samsung Galaxy A03 (SM-A037U). Based on your affiant's training and experience, narcotics traffickers typically utilize multiple phones to communicate and conduct their narcotics activity. Also, based on the information listed in this affidavit, LOPEZ-CABRERA communicated his narcotics related activity via social media, specifically Facebook Messenger, which could be accessed through cellular phones, tablets, laptops, computers, and/or other electronic devices.

| Mobile Devices Definition | Mobile Devices: Information about the account holders device. |
| --- | --- |
| | Type: The model number of the device. |
| | OS: Software version on the device. |
| | Updated: Date and time that the mobile device was updated. |
| | Advertiser Id: Temporary unique identifier provided by Google Play Services associated to the device. |
| | Udid: Unique identifier associated to the device. |

| Mobile Devices | | |
| --- | --- | --- |
| | Type | CPH2389 |
| | Os | Android 13 |
| | Updated | 2023-10-12 16:17:30 UTC |
| | Advertiser Id | d93de853-88bf-475a-87e5-0b58ba7addd5 |
| | Udid | e47552b7-4276-4e57-bd11-705cdb32d219 |
| | Type | SM-A037U |
| | Os | Android 13 |
| | Updated | 2023-06-11 14:57:18 UTC |
| | Advertiser Id | 0a546df0-e39b-452a-a124-fa6ccb3b254d |
| | Udid | ab2c67a2-fa1c-4bbc-b241-3ec4caf30b7f |

17.     On December 1, 2023, your affiant obtained an arrest warrant for LOPEZ-CABRERA based on a criminal complaint filed in the U.S. District Court in the Southern District of Ohio for violation of 21 U.S.C. § 846, conspiracy to knowingly or intentionally distribute, or possess with intent to distribute, a controlled substance.  On December 6, 2023, HSI Columbus also obtained a search warrant through the U.S. District Court in the Southern District of Ohio for LOPEZ-CABRERA's residence at 96 S. Powell Avenue in Columbus, Ohio to search and seize as evidence all electronic devices used to communicate through social media.

18.     On December 19, 2023, HSI Columbus and the Delaware County Drug Task Force (DCDTF) conducted a traffic stop on LOPEZ-CABRERA as he was leaving his residence at 96 S. Powell Avenue in Columbus, Ohio and arrested him on his outstanding federal arrest warrant.  LOPEZ-CABRERA was in possession of a **black OnePlus Nord N300 5G (Model #CPH2389)** cellular phone (one of the **TARGET DEVICES**) during his arrest, and the cellular phone was seized.  Investigators then executed the electronics search warrant at 96 S. Powell Avenue that led to the discovery and seizure of another **black Motorola cellular phone with a broken screen** (one of the other **TARGET DEVICES**) from the residence.  Investigators also located and seized several surveillance cameras both from outside and inside the residence at 96 S. Powell Avenue.

19.     Investigators advised LOPEZ-CABRERA of his constitutional rights and briefly interviewed him after his arrest.  LOPEZ-CABRERA admitted he was involved in narcotics trafficking for approximately two (2) years, but he downplayed his involvement in the operation.  LOPEZ-CABRERA also acknowledged he utilized his cellular phone(s) to send messages via text or through Facebook to communicate with several co-conspirators.

20.     Record checks on LOPEZ-CABRERA indicated he was a Mexican national who became a naturalized U.S. citizen in 2022.  LOPEZ-CABRERA has a criminal history in Ohio, Arizona, and California to include possession of narcotics, lewd or lascivious acts with a child under 14, domestic

18

violence, driving under the influence, driving under suspension, driving without a license, false report to law enforcement, and illegal entry.

21.     Based on your affiant's training and experience in narcotics investigations, narcotics traffickers typically rely on their cellular phones to conduct their drug business and change phones regularly to avoid detection or monitoring.  Narcotics traffickers tend to utilize cellular phones to communicate with narcotics customers, as well as sources of supply and others providing support in their narcotics distribution operation.  Your affiant has learned through training and experience, individuals conducting this business will maintain customers' telephone numbers in their phones along with text messages and other data useful in their operation.  In addition, your affiant is aware through training and experience that drug traffickers also maintain video recording/surveillance equipment at their residences in an attempt to protect their drugs as well as their drug proceeds.  These devices are capable of recording and storing information for future review.  Your affiant believes there is probable cause to believe that evidence of violations of Title 21 U.S.C. § 846 and Title 18 U.S.C. § 1956(h) may be contained on the above listed **TARGET DEVICES**.

22.     The **TARGET DEVICES** are currently in the lawful possession of HSI Columbus and the DCDTF, and they came into investigators' possession in the following way: seized during the execution of an arrest warrant and an electronics search warrant on December 19, 2023, at or near 96 S. Powell Avenue in Columbus, Ohio.  Therefore, while HSI Columbus and the DCDTF might already have all necessary authority to examine the **TARGET DEVICES**, I seek this additional warrant out of an abundance of caution to be certain that an examination of the **TARGET DEVICES** will comply with the Fourth Amendment and other applicable laws.

23.     The **TARGET DEVICES** are currently in storage at the Delaware County Sheriff's Office Property Room in Delaware, Ohio.  In my training and experience, I know that the **TARGET DEVICES** have been stored in a manner in which its contents are, to the extent material to this investigation, in

substantially the same state as they were when the **TARGET DEVICES** first came into the possession of HSI Columbus and the DCDTF.

## TECHNICAL TERMS

24.     Based on my training and experience, I use the following technical terms to convey the following meanings:

A.  Wireless telephone:  A wireless telephone (or mobile telephone, or cellular telephone) is a handheld wireless device used for voice and data communication through radio signals.  These telephones send signals through networks of transmitter/receivers, enabling communication with other wireless telephones or traditional "land line" telephones.  A wireless telephone usually contains a "call log," which records the telephone number, date, and time of calls made to and from the phone.  In addition to enabling voice communications, wireless telephones offer a broad range of capabilities.  These capabilities include: storing names and phone numbers in electronic "address books;" sending, receiving, and storing text messages and e-mail; taking, sending, receiving, and storing still photographs and moving video; storing and playing back audio files; storing dates, appointments, and other information on personal calendars; and accessing and downloading information from the Internet.  Wireless telephones may also include global positioning system ("GPS") technology for determining the location of the device.

B.  Digital camera:  A digital camera is a camera that records pictures as digital picture files, rather than by using photographic film.  Digital cameras use a variety of fixed and removable storage media to store their recorded images.  Images can usually be retrieved by connecting the camera to a computer or by connecting the removable storage medium to a separate reader.  Removable storage media include various types of flash memory cards or miniature hard drives.  Most digital cameras also include a

screen for viewing the stored images. This storage media can contain any digital data, including data unrelated to photographs or videos.

C. Portable media player: A portable media player (or "MP3 Player" or iPod) is a handheld digital storage device designed primarily to store and play audio, video, or photographic files. However, a portable media player can also store other digital data. Some portable media players can use removable storage media. Removable storage media include various types of flash memory cards or miniature hard drives. This removable storage media can also store any digital data. Depending on the model, a portable media player may have the ability to store very large amounts of electronic data and may offer additional features such as a calendar, contact list, clock, or games.

D. GPS: A GPS navigation device uses the Global Positioning System to display its current location. It often contains records of the locations where it has been. Some GPS navigation devices can give a user driving or walking directions to another location. These devices can contain records of the addresses or locations involved in such navigation. The Global Positioning System (generally abbreviated "GPS") consists of 24 NAVSTAR satellites orbiting the Earth. Each satellite contains an extremely accurate clock. Each satellite repeatedly transmits by radio a mathematical representation of the current time, combined with a special sequence of numbers. These signals are sent by radio, using specifications that are publicly available. A GPS antenna on Earth can receive those signals. When a GPS antenna receives signals from at least four satellites, a computer connected to that antenna can mathematically calculate the antenna's latitude, longitude, and sometimes altitude with a high level of precision.

E. PDA: A personal digital assistant, or PDA, is a handheld electronic device used for storing data (such as names, addresses, appointments, or notes) and utilizing computer

programs. Some PDAs also function as wireless communication devices and are used to access the Internet and send and receive e-mail. PDAs usually include a memory card or other removable storage media for storing data and a keyboard and/or touch screen for entering data. Removable storage media include various types of flash memory cards or miniature hard drives. This removable storage media can store any digital data. Most PDAs run computer software, giving them many of the same capabilities as personal computers. For example, PDA users can work with word-processing documents, spreadsheets, and presentations. PDAs may also include global positioning system ("GPS") technology for determining the location of the device.

F. IP Address: An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet. An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178). Every computer attached to the Internet computer must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

G. Internet: The Internet is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

H. Storage medium: A storage medium is any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

25.     Based on my training, experience, and research, I know that the **TARGET DEVICES** may have capabilities that allow them to serve as "a wireless telephone, digital camera, portable media player, GPS navigation device, and PDA."  In my training and experience, examining data stored on devices of this type can uncover, among other things, evidence that reveals or suggests who possessed or used the device(s).

## ELECTRONIC STORAGE AND FORENSIC ANALYSIS

26.     Based on my knowledge, training, and experience, I know that electronic devices can store information for long periods of time.  Similarly, things that have been viewed via the Internet are typically stored for some period of time on the device.  This information can sometimes be recovered with forensics tools.

27.     *Forensic evidence*.   As further described in Attachment B, this application seeks permission to locate not only electronically stored information that might serve as direct evidence of the crimes described on the warrant, but also forensic evidence that establishes how the **TARGET DEVICES** were used, the purpose of its use, who used it, and when.  There is probable cause to believe that this forensic electronic evidence might be on the **TARGET DEVICES** because:

A.  Data on the storage medium can provide evidence of a file that was once on the storage medium but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word processing file).

B.  Forensic evidence on a device can also indicate who has used or controlled the device. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.

C.  A person with appropriate familiarity with how an electronic device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic devices were used, the purpose of their use, who used them, and when.

D. The process of identifying the exact electronically stored information on a storage medium that are necessary to draw an accurate conclusion is a dynamic process. Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators. Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves. Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

E. Further, in finding evidence of how a device was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium.

28.    *Nature of examination*.  Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the **TARGET DEVICES** consistent with the warrant.  The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the **TARGET DEVICES** to human inspection in order to determine whether it is evidence described by the warrant.

29.    *Manner of execution*.  Because this warrant seeks only permission to examine devices already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premise.  Consequently, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

<u>**REQUEST FOR SEALING**</u>

30.    It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application and search warrant.  I believe that sealing this document is necessary because the warrant is relevant to an ongoing investigation into the criminal organization as not all the targets of this investigation will be searched at this time.  Based upon my training and experience, I have learned that online criminals actively search for criminal

24

affidavits and search warrants via the internet and disseminate them to other online criminals as they deem appropriate, i.e., post them publicly online through the carding forums. Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

## **CONCLUSION**

31.     Based on the facts set forth in this Affidavit, there is probable cause to believe that LOPEZ-CABRERA, along with others known and unknown, are engaged in a conspiracy to distribute, or possess with intent to distribute, a controlled substance, in violation of 21 U.S.C. § 846, and conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h), in the Southern District of Ohio. In addition, there is probable cause to believe that evidence of these offenses, as described in Attachment B, will be found on the **TARGET DEVICES** listed in Attachment A.

ROBERT KUKOVEC   Digitally signed by ROBERT KUKOVEC
Date: 2023.12.21 06:38:18 -05'00'

Robert Kukovec
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me on this  21st   day of   December     , 2023.

CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE